# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 1, 2015

MEMO TO COUNSEL RE:  David Davis v. Randall Martin
Civil No. JFM-15-1746

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion for judgment on the pleadings filed by Randall Martin and Theresa Martin.

The motion is granted. Plaintiff has pled no facts whatsoever that would justify piercing the corporate veil.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC -1  AM 11:52
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY