UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 9, 2016

MEMO TO COUNSEL RE:  David Davis v. Randall Martin
Civil No. JFM-15-1746

Dear Counsel:

I am in receipt of Mr. Connolly's letter of March 3, 2016.

Lifeline's motion to compel (document 65) is granted. The discovery deadline is extended to April 13, 2016. If Mr. Connolly believes that a further extension of the discovery deadline is required, he may file a motion to that effect.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,


J. Frederick Motz
United States District Judge